**CONNORS AND SULLIVAN**
ATTORNEYS-AT-LAW
PLLC
7408 Fifth Avenue - Suite 2
Brooklyn, New York 11209
(718) 238-6500

110 East 59th Street - 23rd Floor
New York, New York 10022
(718) 238-6500

200-20 Northern Boulevard
Bayside, New York 11361
(718) 238-6500

79-43 Metropolitan Avenue
Middle Village, New York 11379
(718) 238-6500

1250 Hylan Boulevard
Staten Island, New York 10305
(718) 238-6500

Michael N. Connors

Justin P. Daley
Rosamaria DeFrancisco *
Harris S. Papas
Adriana Lima
Ismael M. Jose
Daniela D. Campoli

Kelly V. Decker
Josias Carrion
Nakhleh (Nick) Khalifeh
Michael Tannousis
Shuai Zhang

* Admitted in New Jersey

March 17, 2020

**Via ECF / Via Fax 212-805-6737**
Honorable George P. Daniels
Attn.: Elizabeth
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: MAR 1 7 2020

RE:   File No.: 1:19 CV 11097 David Eric Miller, as Administrator of the Estate of David Humphreys Miller against Brad Hamlett, Et Al

Dear Judge Daniels,

Our firm represents the plaintiff, David Eric Miller. In light of the current COVID-19 pandemic, in the interest of health and safety, we respectfully request an adjournment of the Pre-Trial Conference scheduled for March 18, 2020 to May 27, 2020. @ 9 30 am

If you require any information I can be contacted at (718) 238-6500. Thank you in advance for your attention to this matter.

Very truly yours,

Rosamaria D. Francisco, Esq.

cc: Richard F. Gallagher, Attorney at Law
Attorney for Defendants, Brad Hamlett
and The Wrangler Gallery
600 Central Avenue, Suite 301
Great Falls, MT 59401

cc: Brian Solomon
Defendant
7949 Paseo Membrillo
Carlsbad, CA 92009