**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

DAVID ERIC MILLER, *as Administrator of the Estate of David Humphreys Miller*, et al.,

                                Plaintiffs,

-against-

BRAD HAMLETT et al.,

                                Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 3 2020

ORDER

19 Civ. 11097 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from August 5, 2020 to December 16, 2020 at 9:30 am.

Dated: New York, New York
       August 3, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge