USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DAVID ERIC MILLER, *as Administrator and Distributee of the Estate of David Humphreys Miller*,

                                  Plaintiff,

-against-

BRAD HAMLETT et al.,

                                  Defendants.

------------------------------------- x

ORDER

19 Civ. 11097 (GBD) (SDA)

GEORGE B. DANIELS, United States District Judge:

The December 16, 2020 conference is canceled, in light of this Court's referral to Magistrate Judge Stewart D. Aaron for General Pretrial Supervision.

Dated: New York, New York
        December 16, 2020

                                              SO ORDERED.

                                              */s/ George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge