```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Eric Miller, as Administrator of the Estate of David Humphreys Miller and as Distributee of the Estate of David Humphreys Miller,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>Brad Hamlett et al.,<br><br>　　　　　　　　　　　Defendants. | 1:19-cv-11097 (GBD) (SDA)<br><br>ORDER |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

　　Discovery in this action closed on July 30, 2021. (*See* Scheduling Order, ECF No. 43.) Accordingly, it is hereby Ordered that, no later than August 10, 2021, the parties shall file a joint letter indicating whether they wish to schedule a settlement conference with the Court and, if so, setting forth proposed dates for such conference to occur.

**SO ORDERED.**

DATED:　　New York, New York
　　　　　　August 3, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STEWART D. AARON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge