UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Eric Miller, as Administrator of the Estate of David Humphreys Miller and as Distributee of the Estate of David Humphreys Miller,<br><br>       Plaintiff,<br><br>  -against-<br><br>Brad Hamlett et al.,<br><br>       Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/11/2021<br><br>1:19-cv-11097 (GBD) (SDA)<br><br>ORDER SCHEDULING TELEPHONIC <u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

  A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, September 20, 2021 at 2:00 p.m. The settlement conference shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

  The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

SO ORDERED.

DATED:  New York, New York
      August 11, 2021

                    _____
                    STEWART D. AARON
                    United States Magistrate Judge